IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

**RONALIA BAKER**
   Plaintiff

vs.

CASE NO.:2021-CA-000338

**WAL-MART STORES EAST, LP**
**a foreign Corporation.**
   Defendant

_____/

## SECOND AMENDED COMPLAINT

COME NOW Plaintiff, **Ronalia Baker,** and sues the Defendant, **Walmart Stores East, LP ("Walmart"), a foreign Corporation,** and states as follows:

### ALLEGATIONS

1. That this is a negligence action that exceeds the jurisdictional minimum of Thirty Thousand Dollars, ($30,000.00) exclusive of interest, costs, and fees.

2. That at all times materials hereto, Plaintiff **Ronalia Baker** lived in Orange County, Florida.

3. That at all times material hereto, Defendant **Walmart** was/is a foreign Corporation licensed to do business in Florida and doing business, specifically, in Orlando, Orange County, Florida.

4. That on or about February 19, 2017 Plaintiff, **Ronalia Baker,** was a business invitee of the store and store area owned by Defendant **Walmart** located at 5559 Clarcona Ocoee Road, Orlando, Orange County, Florida.

5. That on said date Plaintiff **Ronalia Baker** was shopping at Defendant's store, and while walking from the store to her car she tripped over a sprinkler near the sidewalk area and fell to the ground.

6. That Defendant **Walmart** had actual and/or constructive knowledge of the dangerous condition, including sprinkler unit in or about the area, and failed to remove it, correct it or give notice of the known dangerous condition.

7. That at all times material hereto Defendant **Walmart** and its' officers, agents, and/or employees, owed a duty to Plaintiff **Ronalia Baker**, and other members of the general public similarly situated, to keep its property and premises in a reasonably safe condition and to protect Plaintiff **Ronalia Baker** from dangerous conditions which Defendant **Walmart** or its officers, agents, and/or employees were or should have been aware of.

8. That at all times material hereto Defendant **Walmart** breached the above-mentioned duties in one or more, but not limited to the following, respects:

   a. Failed to warn invitees and/or the general public, including Plaintiff **Ronalia Baker**, of the improper sprinkler in and about the sidewalk/walking area, that Defendant **Walmart** knew or should have known was an unreasonably dangerous condition.

   b. Creating an unreasonably dangerous condition by allowing an improper and extend sprinkler unit to remain in and about the side-walk/walking area of its premises, knowing it to be a danger to the general public and/or store guest, including Plaintiff **Ronalia Baker**.

   c. Permitting an unreasonably dangerous condition to exist consisting of an

improperly placed, erected or constructed sprinkler unit in or about the walking area of the property at issue, without warning signs surrounding it in an area known to be traversed by invitees and other members of the general public, including Plaintiff **Ronalia Baker.**

d. Failing to properly inspect its premises to determine the presence of a defective and/or improperly placed, erected or constructed sprinkler unit in an area (sidewalk/walking area) known to be traversed by invitees and other members of the general public, including Plaintiff **Ronalia Baker.**

9. As a direct and proximate result of the aforementioned negligent acts and/or omissions by Defendant **Walmart,** Plaintiff **Ronalia Baker** was permanently injured in and about her body, experienced pain and suffering, disability, disfigurement, impairment, mental anguish, loss of enjoyment of life, loss of wages, and Plaintiff **Ronalia Baker** incurred medical expense in the care and treatment of said injuries, all said injuries are permanent within a reasonable degree of medical probability and ongoing into the future.

**WHEREFORE,** Plaintiff **Ronalia Baker** demands judgment for damages against Defendant **Walmart Stores East, LP** and further demands trial by jury.

THE PAIGE LAW FIRM, PA

/s /D. Riccardo Paige, Sr.

D. Riccardo Paige, Sr., Esquire
619 S. Commerce Ave.
Sebring, Florida 33870
863-658-0893 Fax: 863-658-0896
Florida Bar No.: 0539406
Attorney for Plaintiff