# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RONALIA BAKER,

      Plaintiff,

v.                                     Case No:   6:21-cv-840-RBD-DCI

WAL-MART STORES EAST, LP,

      Defendant.

## ORDER

This case is before the Court on its own motion. On July 19, 2021 this Court entered an Order (Doc. 12) directing the Plaintiff to show cause in writing no later than August 9, 2021, why this case should not be dismissed for failure to comply with this Court's order and Local Rule 2.01(a). The time has now passed, and nothing has been filed.

Accordingly, it is **ORDERED** that the above-styled cause is hereby **DISMISSED** without prejudice. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 13, 2021.



ROY B. DALTON JR.
United States District Judge